# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
**U.S. Probation / Pretrial Services**

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

October 16, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
P.O. Box 3487
Fayetteville, Arkansas 72702

**RE: FULLER, Marcia**
**Dkt. No.: 5:01CR50041-002**
**Report of Violation**

Dear Judge Hendren:

This is to report violations of supervised release in the case of the above offender. The offender was sentenced by Your Honor on June 4, 2002, for one count of manufacturing methamphetamine and one count of possession with intent to distribute methamphetamine. Ms. Fuller was sentenced to 60 months custody of the Bureau of Prisons on each count, to run concurrently, a three-year term and five-year term of supervised release, to run concurrently, with the following special conditions: participate in substance abuse treatment, which may include testing, if referred by the probation office, search condition, $200 special assessment fee (paid), and a $2,500 fine (paid). Supervision commenced on December 30, 2005 in the Western District of Arkansas, Fayetteville Division.

On April 29, 2007, Ms. Fuller was arrested in Siloam Springs by the Arkansas State Police for driving while intoxicated and driving left of center. Ms. Fuller posted a $835 bond and an initial court appearance was scheduled for May 22, 2007 in Siloam Springs District Court. On July 10, 2007, Ms. Fuller appeared in court and entered a guilty plea to the DWI charge. She was fined $705, 1 day in jail with credit for time served, and ordered to participate in an alcohol/substance abuse treatment course. The driving left of center charge was dismissed. According to Siloam Springs District Court, Fuller has satisfied the judgment entered in this case and the matter has been closed. According to the police report, an officer observed Fuller's vehicle cross the centerline three times before stopping her vehicle. Fuller subsequently failed field sobriety tests and was transported to jail. A PBT test revealed a blood alcohol content of .14%.

On April 30, 2007, a formal reprimand was held with Ms. Fuller in which she admitted to consuming alcohol and violating her conditions of release. Ms. Fuller did not contest her arrest and cooperated with Siloam Springs District Court to resolve the matter as quickly as possible. Ms. Fuller further expressed remorse and stated she would not make this mistake again.

Page 2
Fuller, Marcia
Dkt. #5:01CR50041-002

It appears that this is an isolated incident with Ms. Fuller as she has reported as directed, maintained steady employment, and has encountered no other problems with her supervision. Our office is recommending no action be taken against Ms. Fuller at this time. We will continue to monitor this case closely and report any additional violations.

Should Your Honor require further information, please advise.

Respectfully,

Michael K. Scott
U.S. Probation Officer

Reviewed by

William E. Dunn, Jr.
Supervising U.S. Probation Officer

✓ Take No Action

___ Submit Petition for Violation

___ Other _____

10/17/07
Honorable Jimm Larry Hendren                Date
Chief U.S. District Judge

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 17 2007

CHRIS R. JOHNSON, CLERK
BY_____
DEPUTY CLERK